UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

                         Plaintiff,

          -against-

WP COMPANY LLC,

                       Defendant.

26-cv-0917 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 9, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    March 11, 2026
             New York, New York

                          /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                   Chief United States District Judge